**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| IN THE INTEREST OF: R.L.C.-E. A/K/A R.C.-E., A MINOR | : | No. 385 EAL 2018 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| PETITION OF: J.C., MOTHER | : | the Order of the Superior Court |
| | | |
| IN THE INTEREST OF: G.J.C.-E. A/K/A G.C.E., A MINOR | : | No. 386 EAL 2018 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| PETITION OF: J.C., MOTHER | : | the Order of the Superior Court |

## ORDER

**PER CURIAM**

     **AND NOW**, this 30th day of October, 2018, the Petition for Allowance of Appeal is **DENIED**.